Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00185-LTW-1

Case title: USA v. Campbell

Date Filed: 03/06/2024

Date Terminated: 03/06/2024

Assigned to: Magistrate Judge Linda T. Walker

**Defendant (1)**

**Keonte Campbell**  represented by  **Stephen Patrick Johnson**
*TERMINATED: 03/06/2024*                     Federal Defender Program Inc.-Atl
*also known as*                              Suite 1500, Centennial Tower
Keko                                         101 Marietta Street, NW
*TERMINATED: 03/06/2024*                     Atlanta, GA 30303
                                             404-688-7530
                                             Fax: 404-688-0768
                                             Email: Stephen_P_Johnson@FD.org
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                           **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                               **Disposition**

Query   Reports   Utilities   Help   What's New   Log Out

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Bret Reed Hobson**<br>Office of the United States Attorney-ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404-581-6000<br>Fax: 404-581-6181<br>Email: bret.hobson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2024 | | Arrest (Rule 40) of Keonte Campbell. (dgr) (Entered: 03/07/2024) |
| 03/06/2024 | 1 | MOTION for Detention by USA as to Keonte Campbell. (dgr) (Entered: 03/07/2024) |
| 03/06/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: granting 1 Governments Motion for Detention as to Keonte Campbell (1); Detention Hearing as to Keonte Campbell; Initial Appearance in Rule 5(c)(3) Proceedings as to Keonte Campbell held on 3/6/2024. Waiver of Identity Hearing. Commitment issued, Order to follow. (Attachments: # 1 Charging Documents) (Tape #FTR) (dgr) (Entered: 03/07/2024) |
| 03/06/2024 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Stephen Johnson as to Keonte Campbell. Signed by Magistrate Judge Linda T. Walker on 3/6/2024. (dgr) (Entered: 03/07/2024) |
| 03/06/2024 | 4 | CJA 23 Financial Affidavit by Keonte Campbell. (dgr) (Entered: 03/07/2024) |
| 03/06/2024 | 5 | WAIVER of Rule 5 and 5.1 Hearings by Keonte Campbell. (dgr) (Entered: 03/07/2024) |
| 03/06/2024 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Keonte Campbell. Defendant committed to District of Massachusetts. Signed by Magistrate Judge Linda T. Walker on 3/6/2024. (dgr) (Entered: 03/07/2024) |
| 03/06/2024 | | Magistrate Case Closed. Defendant Keonte Campbell terminated. (dgr) (Entered: 03/07/2024) |
| 03/07/2024 | | Notice to District of Massachusetts of a Rule 5 or Rule 32 Initial Appearance as to Keonte Campbell. Your case number is: 23-cr-10186-ADB. The following documents are available on the public docket: Arrest - Rule 40, 2 Order on Governments Motion for Detention, Detention Hearing, Initial Appearance - Rule 5(c)(3), Termination of Magistrate Case, 3 Order Appointing Public Defender, 5 Waiver of Rule 40 Hearings, 1 Motion for Detention, 6 Commitment to Another District. The clerk will transmit any restricted document via email. To request additional transfer information, please send a request to InterdistrictTransfer_GAND@gand.uscourts.gov. (dgr) (Entered: 03/07/2024) |

**Query**     **Reports**     **Utilities**     **Help**     **What's New**     **Log Out**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 06 2024

KEVIN P. WEIMER, Clerk
By: TCC   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEONTE CAMPBELL,<br>A/K/A KEKO | Criminal Action No.<br>1:24-MJ-185 |

### Government's Motion for Detention

The United States of America, by counsel, Ryan K. Buchanan, United States Attorney, and Bret R. Hobson, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

    This case is eligible for a detention order because this case involves:

    Any felony that is not otherwise a crime of violence but which involves the possession/use of a firearm, destructive device, or any other dangerous weapon;

    A serious risk that the defendant will flee;

    A serious risk that the defendant will obstruct or attempt to obstruct justice;

    A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so .

2. **Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

## 3. Rebuttable Presumption

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: March 6, 2024.

                                                  Respectfully submitted,

Richard Russell Federal Building  
75 Ted Turner Drive S.W., Suite 600     RYAN K. BUCHANAN  
Atlanta, Georgia 30303-3309            United States Attorney  
Phone: (404) 581-6000  
Fax: (404) 581-6181  
(404) 581-6000                             BRET R. HOBSON  
                                                  Assistant U.S. Attorney  
                                                  Ga. Bar No. 882520

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Stephen Johnson

March 6, 2024

/s/ BRET R. HOBSON
BRET R. HOBSON
Assistant U.S. Attorney

| | | |
|---|---|---|
| **MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)** | | **FILED IN OPEN COURT** |
| | DATE: | 03/06/2024    @    11:30 AM |
| | TAPE: | FTR |
| | TIME IN COURT: | 24 MINS |
| MAGISTRATE JUDGE   LINDA T. WALKER | COURTROOM DEPUTY CLERK: | Traci Clements Campbell |
| CASE NUMBER:   1:24-mj-185 | DEFENDANT'S NAME: | Keonte Campbell |
| AUSA:   Bret Hobson | DEFENDANT'S ATTY: | Stephen Johnson |
| USPO / PTR:   Kelly Greenberg | ( ) Retained    ( ) CJA    (X) FDP    ( ) Waived | |

_____ ARREST DATE _____

**X**  Initial appearance hearing held.              _____ Defendant informed of rights.

_____ Interpreter sworn: _____

### COUNSEL

**X**  ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

**X**  Defendant WAIVES identity hearing.                  **X**   WAIVER FILED

_____ Identity hearing HELD.    _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.    _____ WAIVER FILED

_____ Preliminary hearing HELD.    _____ Probable cause found; def. held to District Court for removal to other district

**X**  Commitment issued. Order to follow.

### BOND/PRETRIAL DETENTION HEARING

**X**  Government motion for detention filed.                _____ @ _____

_____ Pretrial hearing set for _____ @ _____    _____ (In charging district.)

_____ Bond/Pretrial detention hearing held.

**X**  Government motion for detention   (X) GRANTED    ( ) DENIED    Defendant waives detention hearing w/rights reserved.

_____ Pretrial detention ordered.    _____ Written order to follow.

_____ BOND set at _____    _____ NON-SURETY    _____ SURETY

         _____ cash           _____ property           _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____ Bond filed. Defendant released.

_____ Bond not executed. Defendant to remain in Marshal's custody.

_____ Motion _____ (verbal)   to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond    _____ GRANTED    _____ DENIED

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 6, 2024 at 9:02:15 AM EST | 4044644379 | 87 | 2 | Received |

| 4044644379 | USMS | USMS | 09:00:08 | 2024-03-06 | 1/2 |

*\*INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY\**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID: 11631358
FBI:

for the

District of Massachusetts ▼

United States of America
v.
Keonte CAMPBELL, a/k/a "Keko"

_____
Defendant

Case No.  23-cr-10186-ADB

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Keonte CAMPBELL
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date: February 8, 2024

*Issuing officer's signature*  Page Kelley

City and state: Boston, MA

Page Kelley, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 03/06/2024
at *(city and state)* Powder Springs, GA

Date: 03/06/2024

*Arresting officer's signature*

DUSM T. Houk
*Printed name and title*

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 06 2024

KEVIN P. WEIMER, Clerk
By: TCC Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      CASE NO. 1:24-mj-185

KEONTE CAMPBELL aka "Keko",

    Defendant.

## ORDER APPOINTING COUNSEL

STEPHEN JOHNSON

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 6th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# UNITED STATES DISTRICT COURT

MAR 06 2024

KEVIN P. WEIMER, Clerk
By: TCC Deputy Clerk

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

KEONTE CAMPBELL a/k/a "Keko"
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:24-mj-185

CHARGING DISTRICTS
CASE NUMBER: 23-cr-10186-ADB

I understand that charges are pending in the _____ District of MASSACHUSETTS

alleging violation of  18 U.S.C. 1962(d)   and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( X ) identity hearing

(   ) preliminary hearing

(   ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

03/06/2024                                       _____
Date                                              Defense Counsel

AO 94 (Rev. 12/03) Commitment to Another District

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 06 2024

KEVIN P. WEIMER, Clerk
By: TCC Deputy Clerk

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

| UNITED STATES OF AMERICA<br>V.<br>KEONTE CAMPBELL, a/k/a "Keko" | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 23-cr-10186-ADB | 1:24-mj-185 |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  **18**  U.S.C. §  **1926(d)**

**DISTRICT OF OFFENSE**  District of Massachusetts

**DESCRIPTION OF CHARGES:**

Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

NORTHERN **DISTRICT OF** GEORGIA

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

03/06/2024                             _[signature] Linda T. Walker_
Date                                    Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |