UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 23-cr-10186-ADB-4 |
| ) | |
| KEONTE CAMPBELL ) | |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE MEDICAL RECORDS UNDER SEAL**

The defendant, Keonte Campbell, moves this Court for leave file under seal the medical records attached as Exhibit 1 to his opposition to the government's motion for detention. As grounds, the records discuss Mr. Campbell's personal medical information and identifying information. The Court should permit them to be submitted under seal to protect Mr. Campbell's privacy in this information. The government assents to this motion.

KEONTE CAMPBELL
By his attorney,

*Daniel J. Gaudet*

Daniel J. Gaudet, B.B.O. # 688120
Carney, Gaudet & Carney
20 Park Plaza, Suite 614
Boston, MA 02116
617-933-0350
DGaudet@CarneyDefense.com

April 30, 2024

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Daniel J. Gaudet*
Daniel J. Gaudet