UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 23-cr-10186-ADB-4 |
| KEONTE CAMPBELL | ) ) ) | |

## DEFENDANT'S MOTION TO TRAVEL

The defendant, Keonte Campbell, moves this Court to permit him to travel from July 22, 2024 to July 23, 2024. Mr. Campbell has an inpatient evaluation for a lung transplant scheduled at Brigham and Women's Hospital on July 22, 2024. A letter from the hospital confirming the appointment and itinerary is attached as Exhibit 1. Mr. Campbell is required to arrive at the hospital by 7:30 A.M. that morning for a series of appointments before his admission at 12:00 P.M. He expects to remain in the hospital overnight and be discharged the following morning. Mr. Campbell, who suffers from stage IV sarcoidosis, requires permission to travel overnight to the hospital to address his serious, life-threatening health condition.

Counsel has conferred with the government and pretrial services about this motion. The government stated that it defers its position to pretrial services. Pretrial services does not oppose this request.

                                              KEONTE CAMPBELL
                                              By his attorney,

                                              *Daniel J. Gaudet*
                                              Daniel J. Gaudet, B.B.O. # 688120
                                              Carney, Gaudet & Carney
                                              20 Park Plaza, Suite 614
                                              Boston, MA 02116
                                              617-933-0350
                                              DGaudet@CarneyDefense.com

July 17, 2024

Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Daniel J. Gaudet*
Daniel J. Gaudet