Name: Keonte Campbell | DOB: 11/22/1995 | MRN: 10028348 | PCP: Glenn William Allison, MD, PhD | Legal Name: Keonte Campbell

# Letter Details



BWH Lung Center-Transplant Program
15 FRANCIS ST
BOSTON MA 02115
Dept Phone #: 617-732-7269
Dept Fax #: 617-394-3216

July 5, 2024

**Dear Keonte,**

**You have been scheduled for your inpatient evaluation for Lung Transplant on date listed below:**

**Monday 7/22/2024**

**Please Note that you will not be allowed to eat or drink at least 8 hours prior to your Cardiac Catheterization. Typically, you may take your medications in the morning with a sip of Water. A nurse will call you 24-48 hours prior to your appointment to discuss specific instructions for you.**

Please call the Cath lab 1 working day prior to procedure between 12 noon and 4 pm to confirm arrival time and check in location. The main number is 617-732-7226.

- **Please bring a list of your medications along with dosages to your inpatient evaluation and to any subsequent visits to the transplant clinic.**
- **Let us know if you are diabetic, have an allergy to contrast dye, or are on any blood thinning medications (Coumadin, Lovenox) to allow proper safeguarding preparations to be out in place.**

**You will have the following tests completed during your stay with us below:**
Cardiac catheterization Right
EKG
Pulmonary Function Test
6 Minute Walk
Arterial Blood Gas
Chest X-ray
RUQ Ultrasound

**Appointments scheduled same day prior to your admissions at 12:00 pm are listed below:**

| | |
|---|---|
| 7:30am | Lab @45 Francis Street, inside to the Left |
| 9:00am | Esophageal Manometry - Endoscopy Dept. |
| 10:30am | Lung Transplant Physician Assistant - Lung Center C |
| 12:00pm | Admissions Dept. |

**Future appointments after inpatient evaluation:**

| | Provider | Department | Center | Visit Type |
|---|---|---|---|---|
| 7/29/2024 11:00 AM (Arrive by 10:50 AM) | Bayat, Sasha, LDN | BWH Nutrition and Wellness Service | | STDA VV NEW |
| 8/7/2024 1:00 PM (Arrive by 12:30 PM) | NROOM4 | Brigham and Women's Radiology | BWH Rad Main | NM LUNG VENTILATION AND PERFUSION IMAGING |
| 8/7/2024 3:00 PM | Dunning, John | BWH Lung Center- | BWH Main | TX PRE OP |

| | |
|---|---|
| **Joseph, MBChB** | **Thoracic Surgical Specialties** |

**Please keep in mind that there are times when emergencies might prevent you from completing some of these tests in a timely manner. We will make every effort to make your stay with us as smooth and efficient as possible. Please do not hesitate to contact our office with any further questions or concerns**

**Sincerely,**

Sonya Gillis
Pre Lung Transplant Admin Coordinator
Lung Transplant Service Line
Office: 617-278-0502 | Fax: 617-525-0428
Bwhlungtxadmin@partners.org
brighamandwomens.org

*This letter was initially viewed by Keonte Campbell at 7/5/2024 5:02 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2024