UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KEONTE CAMPBELL )<br>) | Crim. No. 23-cr-10186-ADB-4 |

### DEFENDANT'S ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Keonte Campbell, moves this Court to modify his conditions of release by permitting him to reside at his mother's home in Hyde Park. Counsel has conferred with the government and pretrial services about this request. The government, through AUSA Sarah Hoefle, assents to this motion. Pretrial services, through PO Erin Henneman, also assents.

On May 1, 2024, the Court released Mr. Campbell on conditions. The conditions included that he be subject to home confinement and reside at his partner's mother's home in Fitchburg. Mr. Campbell has resided there since his release and has remained strictly compliant with his conditions, only leaving the home for preapproved medical appointments.

Mr. Campbell is currently enrolled in the lung transplant program at Brigham and Women's Hospital. He expects to have more frequent medical appointments there as his medical team continues to evaluate him for a lung transplant. The hospital is much more easily accessible to him from his mother's home in Hyde Park than his current residence in Fitchburg. He has been late for medical appointments coming from Fitchburg both because of the distance and the need to arrange transportation. His mother has a room for her him at her house, which she would like him to move into if the Court approves. The address has been provided to the government and pretrial services.

For the foregoing reasons, Mr. Campbell moves that this motion be allowed and his conditions of release modified as described herein.

KEONTE CAMPBELL
By his attorney,

*Daniel J. Gaudet*

Daniel J. Gaudet, B.B.O. # 688120
Carney, Gaudet & Carney
20 Park Plaza, Suite 614
Boston, MA 02116
617-933-0350
DGaudet@CarneyDefense.com

August 5, 2024

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Daniel J. Gaudet*

Daniel J. Gaudet