Name: Keonte Campbell | DOB: 11/22/1995 | MRN: 520092146 | PCP: Laquita S. Morris, MD | Legal Name: Keonte Campbell



55 LAKE AVE NORTH

WORCESTER MA 01655

P: 508-334-1975

F: 774-442-3999

Keonte Campbell

October 28, 2024

Patient:        **Keonte Campbell**
Date of Birth: **11/22/1995**
Date of Visit: **10/28/2024**

To Whom It May Concern:

Keonte Campbell is my patient, and is followed in the Lung and Allergy Clinic at UMass Memorial Medical Center for an ongoing condition that results in significant respiratory impairment and limitation in physical activity. Dedicated physical therapy and pulmonary rehab programs are an important part of of the management of this condition and are essential for his recovery.

Please do not hesitate to contact my office if you need any more information.

Sincerely,


Electronically signed by Kyle Whelan, MD

CC: No Recipients


MyChart® licensed from Epic Systems Corporation© 1999 - 2024