UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 23-cr-10186-ADB-4 |
| KEONTE CAMPBELL | ) ) ) | |

### DEFENDANT'S ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Keonte Campbell, moves this Court to modify his conditions of release by vacating the conditions subjecting him to location monitoring and a daily curfew from 9:00pm to 6:00am.

On May 1, 2024, the Court released Mr. Campbell on conditions. The conditions included that he be subject to home confinement. Mr. Campbell remained on home confinement until November 4, 2024. That day, the Court allowed Mr. Campbell's motion to modify the home confinement condition to a 9:00pm to 6:00am daily curfew. During the pendency of the case, Mr. Campbell has fully complied with the Court's orders and his release conditions.

Mr. Campbell was recently offered a job with PRS Auto in Ayer, MA as a rail terminal auto unloader. The undersigned spoke with the hiring representative for the company and confirmed that Mr. Campbell has a job offer. Mr. Campbell would be required to be at work as early as 9:00am and as late as 12:00am on some occasions. Counsel discussed the issue of the work hours and the conflict with Mr. Campbell's curfew order with the government and pretrial services. Pretrial services suggested that removing these conditions due to Mr. Campbell's compliance with location monitoring since May 2024 and the work hours would be appropriate. The parties further discussed revisiting these conditions of release if Mr. Campbell ceases this

employment.

The government, through AUSA Michael Crowley, assents to this motion. Pretrial services, through PO Matthew Weiland, also assents.

KEONTE CAMPBELL
By his attorney,

*Daniel J. Gaudet*
Daniel J. Gaudet, B.B.O. # 688120
Carney, Gaudet & Carney
20 Park Plaza, Suite 614
Boston, MA 02116
617-933-0350
DGaudet@CarneyDefense.com

February 19, 2025

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Daniel J. Gaudet*
Daniel J. Gaudet