UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 23-cr-10186-ADB-4 |
| ) | |
| KEONTE CAMPBELL ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's August 13, 2025 order, defendant Keonte Campbell submits this status report.

Mr. Campbell made his initial appearance in this District on April 25, 2024. Undersigned counsel was appointed on that date. Mr. Campbell was released on pretrial conditions on May 1, 2024 and has remained on release throughout the pendency of the case. Because Mr. Campbell is not in custody, he has not faced the same difficulties as many of his co-defendants in reviewing the discovery.

As the Court is aware, discovery in this case is voluminous. Based on the review thus far, counsel believes he has reviewed all discovery that directly discusses Mr. Campbell. This discovery has likewise been made available to Mr. Campbell for his review. Counsel also believes he has reviewed all of the discovery provided that is related to the major predicate offenses the government alleges Mr. Campbell was involved in, one of which was a June 2021 homicide.[1] Counsel has reviewed a large portion of the remaining discovery, though a small amount still remains to be reviewed.

The discovery in this case also includes approximately 27 cell phone extractions, which

---

[1] Mr. Campbell is not alleged to be the principal in the murder. The government claims that he acted as a getaway driver for the shooter, who is being prosecuted in the state court.

have proven to be more time consuming to review than the rest of the discovery. While Mr. Campbell's phone is not amongst those that were seized and extracted, the nature of the allegations requires a full review of the cellular data. Counsel has reviewed the majority of the cellular data but requires a few additional weeks to finish the review.

Counsel believes he will be ready for a pretrial conference in mid-to-late November. This is largely due to the undersigned's schedule, which includes an upcoming trial in Norfolk Superior Court that is slated to last approximately two weeks and is followed by a preplanned two-week vacation. Counsel expects to finalize review of the discovery and meet with Mr. Campbell in late October or early November. Counsel is also scheduled to begin a trial in Suffolk Superior Court on November 10, that will last approximately one week. A pretrial conference shortly before Thanksgiving would afford counsel sufficient time to finalize review of the discovery and meet with Mr. Campbell.

                                                                              KEONTE CAMPBELL
By his attorney,

*Daniel J. Gaudet*

Daniel J. Gaudet, B.B.O. # 688120
Carney, Gaudet & Carney
20 Park Plaza, Suite 614
Boston, MA 02116
617-933-0350
DGaudet@CarneyDefense.com

September 18, 2025

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Daniel J. Gaudet*
Daniel J. Gaudet