UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Crim. No. 23-cr-10186-ADB-4 |
| KEONTE CAMPBELL | ) | |

**DEFENDANT'S MOTION FOR TRANSCRIPTS AT COURT EXPENSE**

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(3), the defendant, Keonte Campbell, moves this Court for an order authorizing him to obtain a copy of the transcript from the sentencing hearing for co-defendant Joan Avalo-Quezada that took place on October 29, 2026. Mr. Campbell is indigent and his counsel was appointed through the Criminal Justice Act. The transcript from Mr. Avalo-Quezada's sentencing hearing is necessary for Mr. Campbell to prepare his own case. Specifically, the government alleges that Mr. Campbell should be held responsible for the same homicide that this Court held Mr. Avalo-Quezada responsible for at his sentencing. The Court's ruling on that issue as to Mr. Avalo-Quezada may have bearing on issues that will arise should Mr. Campbell also be convicted. Because he is indigent, Mr. Campbell must request the Court to authorize that he obtain the transcript at no cost to him.

KEONTE CAMPBELL
By his attorney,

Daniel J. Gaudet

Daniel J. Gaudet, B.B.O. # 688120
Carney, Gaudet & Carney
20 Park Plaza, Suite 614
Boston, MA 02116
617-933-0350
DGaudet@CarneyDefense.com

October 30, 2026

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

Daniel J. Gaudet

Daniel J. Gaudet