UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Crim. No. 23-cr-10186-ADB-4 |
| KEONTE CAMPBELL | ) | |

**DEFENDANT'S MOTION TO PARTICIPATE IN RESORATIVE JUSTICE PROGRAM**

The defendant, Keonte Campbell, moves this Court to enter an order authorizing him to participate in the Court's Restorative Justice Program. As grounds, he states the following:

1. Mr. Campbell is charged with one count of RICO conspiracy. The government alleges that he was a member of the Heath Street gang, a criminal organization based in the Jamaica Plain section of Boston.
2. Mr. Campbell was arrested at his home in Georgia in March 2024. He made his initial appearance in this District on April 25, 2024. He was released on conditions on May 1, 2024. He has remained at liberty for the duration of the case and has never violated a condition of release, which previously included home detention and electronic monitoring. These conditions have since been vacated.
3. Mr. Campbell has no prior record of convictions. He lives with his long-term partner and their children in Fitchburg. He has a job loading and unloading vehicles with a company in Ayer, PRS Auto. His job recently promoted him. He also was recently scheduled for an interview with the local carpenter's union to start an apprenticeship. Additionally, he undergoes regular medical treatment for a serious health condition – stage IV sarcoidosis, which is an inflammatory lung condition that has taken a debilitating toll on his health over the last several years.

4. Counsel discussed the Court's Restorative Justice Program with Mr. Campbell and he expressed interest in participating.
5. Counsel contacted Probation Officer Maria D'Addieco regarding Mr. Campbell's request to enter RJP. PO D'Addieco informed counsel that the next RJP will likely be in early 2027. An allowed motion from the Court is necessary before Mr. Campbell can participate. If this motion is allowed, Mr. Campbell will be placed on the list to join the program.
6. Undersigned counsel contacted the government about this motion on November 8, 2026. AUSA Crowley responded the following day stating that he would check with his office about whether approval was needed for the request. As of this filing, the government has not responded further regarding its position.

KEONTE CAMPBELL
By his attorney,

*Daniel J. Gaudet*

Daniel J. Gaudet, B.B.O. # 688120
Carney, Gaudet & Carney
20 Park Plaza, Suite 614
Boston, MA 02116
617-933-0350
DGaudet@CarneyDefense.com

November 16, 2026

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Daniel J. Gaudet*
Daniel J. Gaudet